# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| GLENDA S. EDWARDS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:13-CV-00008-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2015, Order.

Signed:  January 8, 2015

Frank G. Johns, Clerk
United States District Court